BEFORE THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIMON BANKS,               ]
                           ]
        Plaintiff          ]
                           ]
v.                         ]     Civil Action No.
                           ]     08-0215 (RCL)
NOEL ANKETELL KRAMER,      ]
                           ]
        Defendants, et al  ]     April 11, 2008

AFFIDAVIT OF SERVICE

I, Camille Taylor, hereby declare that on the 9th, 10th and 11th day of April, 2008, I personally served a copy of the summons and complaint upon the following and/or upon their designated personal representative who accepted service of process for the named defendant set forth in the "acknowledgement of receipt of service of summon and complaint" hereto attached:

1. Hon. Noel Anketell Kramer
2. Hon. John Ferren
3. Garland Pinkston
4. Peter Nickels
5. District of Columbia Government (Mayor Andrian Fenty)
6. District of Columbia Attorney General for Defendants Ferren and Pinkston
6. Council for Court Excellence
7. Hon. Michael B. Mukasey
8. U.S. Attorney District of Columbia

_____          _4/11/2008_____
Camille Taylor                            Date
322 15th Street, N.E.
Washington, D.C. 20002

RECEIVED

APR 1 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BEFORE THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIMON BANKS,           ]
                       ]
    Plaintiff          ]
                       ]
v.                     ]    Civil Action No. 08-0215 (RCL)
                       ]
NOEL ANKETELL KRAMER,  ]
                       ]
    Defendants, et al  ]

April 8, 2008

ACKNOWLEDGEMENT OF RECEIPT OF
SERVICE OF SUMMONS AND COMPLAINT

This is to acknowledge that I, _Garland Pinkston Jr._, hereby Acknowledge receipt of service of summons and complaint on behalf of

Hon. Noel Anketell Kramer: _[signature]_

Hon. Annice Wagner: _____

Hon. John Ferren: _[signature]_

Garland Pinkston: _[signature]_

Peter Nickels: _____

District of Columbia Government: _____
Council for Court Excellence: _____
Hon. Michael B. Mukasey: _____

Signed by: _[signature]_            Date: _4/9/08_

BEFORE THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIMON BANKS,  ]
 ]
    Plaintiff  ]
 ]
v.  ]  Civil Action No. 08-0215 (RCL)
 ]
NOEL ANKETELL KRAMER,  ]
 ]
    Defendants, et al  ]

April 8, 2008

ACKNOWLEDGEMENT OF RECEIPT OF
SERVICE OF SUMMONS AND COMPLAINT

    This is to acknowledge that I, _Darlene Fields_, hereby Acknowledge receipt of service of summons and complaint on behalf of

Hon. Noel Anketell Kramer: _____

Hon. Annice Wagner: _____

Hon. John Ferren: _____

Garland Pinkston: _____

Peter Nickels: _____

District of Columbia Government:
Council for Court Excellence:
Hon. Michael B. Mukasey: _____

Signed by: _Darlene Fields_    Date: _4/8/08_

BEFORE THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIMON BANKS,              ]
                          ]
       Plaintiff          ]
                          ]
v.                        ]  Civil Action No. 08-0215 (RCL)
                          ]
NOEL ANKETELL KRAMER,     ]
                          ]
       Defendants, et al  ]

April 8, 2008

ACKNOWLEDGEMENT OF RECEIPT OF
SERVICE OF SUMMONS AND COMPLAINT

This is to acknowledge that I, _____Tabatha Bryl_____, hereby Acknowledge receipt of service of summons and complaint on behalf of

Hon. Noel Anketell Kramer: _____

Hon. Annice Wagner: _____

Hon. John Ferren: _____

Garland Pinkston: _____

Peter Nickels: _____

District of Columbia Government:
Council for Court Excellence:     _____JB_____
Hon. Michael B. Mukasey: _____

Signed by: _____Tabatha Bryl_____     Date: __4/10/08__

BEFORE THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIMON BANKS,                        ]
                                    ]
        Plaintiff                   ]
                                    ]
v.                                  ]   Civil Action No. 08-0215 (RCL)
                                    ]
NOEL ANKETELL KRAMER,               ]
                                    ]
        Defendants, et al           ]

April 8, 2008

ACKNOWLEDGEMENT OF RECEIPT OF
SERVICE OF SUMMONS AND COMPLAINT

This is to acknowledge that I, _John E. Scheuermann_ hereby Acknowledge receipt of service of summons and complaint on behalf of

Hon. Noel Anketell Kramer: _____

Hon. Annice Wagner: _____

Hon. John Ferren: _____

Garland Pinkston: _____

Peter Nickels: _____

District of Columbia
Government:                _____
Council for Court
Excellence:                _____
Hon. Michael B.
Mukasey:                   _____

Signed by: _John E. Scheuermann_         Date: _April 10, 2008_

BEFORE THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIMON BANKS,         ]
                     ]
    Plaintiff        ]
                     ]
v.                   ]   Civil Action No. 08-0215 (RCL)
                     ]
NOEL ANKETELL KRAMER,]
                     ]
    Defendants, et al]

April 8, 2008

## ACKNOWLEDGEMENT OF RECEIPT OF SERVICE OF SUMMONS AND COMPLAINT

This is to acknowledge that I, *Willo T. Lee (Gen Clerk) DO*, hereby Acknowledge receipt of service of summons and complaint on behalf of

Hon. Noel Anketell Kramer: _____

Hon. Annice Wagner: _____

Hon. John Ferren: _____

Garland Pinkston: _____

Peter Nickels: _____

District of Columbia Government: _____

Council for Court Excellence: _____

✓ Hon. Michael B. Mukasey: _____

Signed by: _[signature]_          Date: 04-10-08

BEFORE THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIMON BANKS,        ]
                    ]
    Plaintiff       ]
                    ]
v.                  ]   Civil Action No. 08-0215 (RCL)
                    ]
NOEL ANKETELL KRAMER,]
                    ]
    Defendants, et al ]

April 8, 2008

ACKNOWLEDGEMENT OF RECEIPT OF
SERVICE OF SUMMONS AND COMPLAINT

This is to acknowledge that I, _LaKisha Carroll_, hereby Acknowledge receipt of service of summons and complaint on behalf of

Hon. Noel Anketell Kramer: _____

Hon. Annice Wagner: _____

Hon. John Ferren: _____

Garland Pinkston: _____

Peter Nickels: _____

District of Columbia
Government:                _____
Council for Court
Excellence:                _____
Hon. Michael B.
Mukasey:                   _____

Signed by: _U.S. Attorney District of Columbia (lnc) LaKisha M. Carroll_    Date: _4/9/08_

BEFORE THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIMON BANKS, ]
]
Plaintiff ]
]
v. ] Civil Action No. 08-0215 (RCL)
]
NOEL ANKETELL KRAMER, ]
]
Defendants, et al ]

April 8, 2008

ACKNOWLEDGEMENT OF RECEIPT OF
SERVICE OF SUMMONS AND COMPLAINT

This is to acknowledge that I, _Darlene Fields_, hereby Acknowledge receipt of service of summons and complaint on behalf of

Hon. Noel Anketell Kramer: _____

Hon. Annice Wagner: _____

Hon. John Ferren: _____

Garland Pinkston: _____[signature]_____

Peter Nickels: _____

District of Columbia Government:
Council for Court Excellence:
Hon. Michael B. Mukasey:

Signed by: _[signature]_     Date: _4/11/08_