BEFORE THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SIMON BANKS, | ] | |
| | ] | |
| Plaintiff | ] | |
| | ] | |
| v. | ] | Civil Action No. |
| | ] | 08-0215 (RCL) |
| NOEL ANKETELL KRAMER, | ] | |
| | ] | |
| Defendants, et al | ] | April 15, 2008 |

## AFFIDAVIT OF SERVICE

I, Camille Taylor, hereby declare that on the 14th day of April, 2008, I personally served a copy of the summons and complaint upon the following and/or upon their designated personal representative who accepted service of process for the named defendant set forth in the "acknowledgement of receipt of service of summon and complaint" hereto attached:

Hon. Annice Wagner

_____          Date: 4/15/2008
Camille Taylor
322 15th Street, N.E.
Washington, D.C. 20002

**RECEIVED**

APR 1 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BEFORE THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIMON BANKS,                            ]
                                        ]
    Plaintiff                           ]
                                        ]
v.                                      ]   Civil Action No. 08-0215 (RCL)
                                        ]
NOEL ANKETELL KRAMER,                   ]
                                        ]
    Defendants, et al                   ]

April 8, 2008

### ACKNOWLEDGEMENT OF RECEIPT OF
### SERVICE OF SUMMONS AND COMPLAINT

This is to acknowledge that I, _Garland Pinkston Jr._, hereby Acknowledge receipt of service of summons and complaint on behalf of

Hon. Noel Anketell Kramer: _[signature: G. Pinkston]_

Hon. Annice Wagner: _____

Hon. John Ferren: _____

Garland Pinkston: _____

Peter Nickels: _____

District of Columbia Government: _____

Council for Court Excellence: _____

Hon. Michael B. Mukasey: _[signature]_

Signed by: _[signature: G. Pinkston]_        Date: 4/14/08