UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SIMON BANKS, J.D., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 08-0215 (RCL) |
| ) | |
| NOEL ANKETELL KRAMER, et al., ) | |
| ) | |
| Defendants. ) | |

**CONSENT MOTION OF DEFENDANT, DISTRICT OF COLUMBIA, FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Rule 6 (b) (1), Fed. R. Civ. P., Defendant, the District of Columbia (hereinafter "the District"), by undersigned counsel, hereby respectfully request a 60-day extension of time to respond to the Plaintiff's complaint.

1.  The complaint was served on the D.C. Office of the Attorney General and the Mayor on or about April 11, 2008. The response from the District is due on or before May 5, 2008.

2.  There are, however, several defendants that may require legal representation by the Office of the Attorney General who may not have been served as yet. These defendants include the Honorable Noel Kramer, Honorable Annice Wagner, Honorable John Ferren, as well as Garland Pinkston, a D.C. Superior Court Clerk.

3.  Counsel requires additional time to contact these defendants to determine whether they require a defense by the Office of the Attorney General, and, if yes, to coordinate a responsive pleading.

5.  This enlargement will not prejudice any party.

6.     Defendant contacted the Plaintiff via email to request consent to the relief requested in this motion.  Plaintiff responded by email that he consented to the requested relief.

WHEREFORE, the District requests an extension of time to file an answer or other responsive pleading to Plaintiff's Complaint until on or before July 7, 2008.

                                    Respectfully submitted:

                                    PETER NICKLES
                                    Interim Attorney General for the District of Columbia

                                    GEORGE C. VALENTINE
                                    Deputy Attorney General
                                    Civil Litigation Division

                                    ELLEN EFROS [250746]
                                    Chief, Equity Section I

                                    /s/ Denise J. Baker
                                    Denise J. Baker
                                    D.C. Bar No. 493414
                                    Assistant Attorney General
                                    441 4th Street, Northwest, 6th Floor South
                                    Washington, D.C. 20001
                                    202-442-9887 (Telephone)
                                    202-727-0431 (Facsimile)
                                    Denise.baker@dc.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of April, 2008 true copies of the foregoing Motion, Memorandum of Points and Authorities, and proposed Order were filed electronically with the Court for ECF service, and electronically mailed to:

    Simon Banks
    P.O. Box 17052
    Alexandria VA 22302
    DRSimon Banks [drsbanks@msn.com]

                                    __/s/_____
                                    Denise J. Baker

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SIMON BANKS, J.D., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>NOEL ANKETELL KRAMER, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 08-0215 (RCL) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANT'S CONSENT MOTION FOR EXTENSION OF
TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

1. Fed. R. Civ. P. 6(b).

2. The record herein.

3. Absence of prejudice to the parties.

4. The equitable powers of this Court.

5. Consent of the parties.

                Respectfully submitted:

                PETER NICKLES
                Interim Attorney General for the District of Columbia

                GEORGE C. VALENTINE
                Deputy Attorney General
                Civil Litigation Division

                ELLEN EFROS [250746]
                Chief, Equity Section I

                /s/ Denise J. Baker
                Denise J. Baker
                D.C. Bar No. 493414
                Assistant Attorney General
                441 4th Street, Northwest, 6th Floor South

Washington, D.C. 20001
202-442-9887 (Telephone)
202-727-0431 (Facsimile)
Denise.baker@dc.gov
Washington, DC  20001
202-442-9887
Denise.baker@dc.gov

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SIMON BANKS, J.D., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>NOEL ANKETELL KRAMER, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 08-0215 (RCL) |

**ORDER**

Upon consideration of consent motion filed by Defendant District of Columbia for extension of time to answer or otherwise respond to the complaint, the memorandum of points and authorities in support thereof, and the entire record herein, it is this _____ day of _____, 2008, for the reasons stated by District in its papers,

**ORDERED** that the motion be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that District of Columbia may answer or otherwise respond to the Plaintiff's complaint on or before July 7, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Denise J. Baker
Assistant Attorney General
441 Fourth Street, NW, 6th Floor North
Washington, D.C. 20001

Simon Banks
P.O. Box 17052
Alexandria VA 22302