UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SIMON BANKS, J.D.<br>P.O. BOX 17052<br>ALEXANDRIA, VA. 22302<br><br>    Plaintiff<br><br>v.<br><br>HON. NOEL ANKETELL KRAMER<br>ET AL<br><br>    Defendants | Case: 08-0215 (RCL)<br><br>April 23, 2008 |

PLAINTIFF'S MOTION FOR CM/ECF PASSWORD
AND AUTHORITY TO PARTICIPATE IN ECF FILINGS

PLAINTIFF'S CERTIFICATION PURSUANT TO LCVR 7.1 (M)
That before filing his motion Plaintiff requested defendant's consent
To the relief requested in such motion and defendants did give their consent to the relief
requested in the motion via counsel

Comes now Dr. Simon Banks, J.D., Plaintiff and submit Motion for CM/ECF Password, and authority to participate in ECF filings in the instant case, and in support the Plaintiff cites the following: (Until this case was transferred to this Court the Plaintiff was permitted to engage in ECF filings and was assigned an ECF password in the instant case.)

In support of the motion, Plaintiff cites the following:

Plaintiff's Memorandum of Law In support of Motion for CM/ECF Password and Authority to participate in ECF filings in the instant case.

RECEIVED
APR 2 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____
Simon Banks
P.O. Box 17052

Certificate of Service: This pleading was served upon all parties, representatives of all parties this 23rd day of April, 2008

Simon Banks

Alexandria, Va. 22302
703 965-5637
Email: drsbanks@msn.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SIMON BANKS, J.D.<br>P.O. BOX 17052<br>ALEXANDRIA, VA. 22302<br><br>　　　　　　　　Plaintiff<br><br>v.<br><br>HON. NOEL ANKETELL KRAMER<br>ET AL<br><br>　　　　　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case: 08-0215 (RCL)<br>)<br>)<br>)<br>)  April 23, 2008<br>) |

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR CM/ECF PASSWORD AND AUTHORITY TO PARTICIPATE IN ECF FILINGS**

Comes now Dr. Simon Banks, J.D., Plaintiff and submit Memorandum of Law In Support of Motion for CM/ECF Password, and authority to participate in ECF filings in the instant case, and in support the Plaintiff cites the following: (Until this case was transferred to this Court the Plaintiff was permitted to engage in ECF filings and was assigned an ECF password in the instant case.)

　　1.　　Plaintiff has access to the internet through Comcast and MSN. The Plaintiff has had access to the internet since 1994 and the Plaintiff, as the designated representative of contested parties in EEOC administrative trials,[1] and administrative hearings before the United States Merit Systems Protector Board,

---

[1] Pursuant to 29 C.F.R §1614.605, EEOC Management Directive 110 (MD-110)

has submitted discovery, appeals, complaints, memorandum of law and other legal pleadings in connection with the Plaintiff's representation of attorneys, FBI employees, Secret Service Employees, IRS employees and other various government employees throughout the United States, Europe and Okinawa, Japan, where the Plaintiff represented government employees before administrative judges of the United States Equal Employment Opportunity Commission [EEOC], the United States Merit Systems Protection Board [MSPB], the United States Department of Labor, and at and before the various administrative agencies of the United States, via electronic filings (e-Mail).

2. The Plaintiff has received and responded to electronic orders issued by administrative judges of the EEOC, the MSPB, in Texas, California, Mississippi, Florida, Ohio, Michigan, Illinois, Alaska, and as far away as Okinawa, Japan. Moreover, the Plaintiff has received and responded to electronic filings issued by attorneys representing the Federal Bureau of Investigation, the United States Department of Justice, and of the other various administrative agencies of the United States for in excess of 15 years.

3. The Plaintiff has received and responded to electronic filings of the Assistant Attorney Generals representing the defendants in the instant case.

4. The Plaintiff has had ECF authority since August, 2006, and the Plaintiff has participated in the authoring and being a recipient and respondent of ECF filings filed by parties in *Banks v. York*, et al, 05-1514 since July 2006 until the case was transferred to this Court which involve many pleadings. This authority existed prior to the court's severance of non-over-detention constitutional issues from

over-detention issues resulting in the requirement that a new complaint be filed and notice by the clerk of court that the Plaintiff is also required to refile for ECF authority rather than ECF authority being grand-fathered in from existing authority.

5. Prior to being previously approved for CM/ECF authority, the Plaintiff completed CM/ECF training provided by the Clerk's office for electronic filers.

6. The Plaintiff does, however, request that the Plaintiff be afforded full and complete ECF filing authority, because of inability to file pleadings not listed on the ECF boilerplates including proffers, notices, notice of filings, et cetera, require the Plaintiff to initiate a generic filing which has caused some confusion with the clerk's office. Moreover, such filings may not be lodged for as late as a week when the ECF clerk is off duty for various reasons, and when there is confusion. In addition, generic filings which contain exhibits or attachments, have to be repeated repeatedly when there are a number of exhibits. The exhibits are not automatically given an exhibit number and are not automatically docketed as being attached to the designated "Main" pleading. Such generic filings create extra work for the clerk's office even when the filer brings in a disk containing the filings.

7. Plaintiff will continue to govern himself in accordance with the requirements of Rule 11 and all ethical requirements governing attorneys, and will not file frivolous, redundant pleadings or otherwise abuse this privilege. The Plaintiff is an experience ECF filer.

WHEREFORE, Plaintiff submit that the relief prayed for be granted.

*Simon Banks*
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
703 965-5637
drsbanks@msn.com,

Certificate of Service

I hereby certify that a copy of this pleading was served upon Denise Baker, ESQ, Counsel for the District and upon representatives of all parties this 23rd day of April, 2008

*Simon Banks*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SIMON BANKS, J.D().<br>P.O. BOX 17052<br>ALEXANDRIA, VA. 22302<br><br>  Plaintiff<br><br>v.<br><br>HON. NOEL ANKETELL KRAMER<br>ET AL<br><br>  Defendants | Case: 08-0215 (RCL)<br><br>April 23, 2008 |

## ORDER

Upon consideration of Plaintiff's Motion for for CM/ECF Password, and authority to participate in ECF filings in the instant case, it is this, _____day of April, 2008,

HEREBY,

GRANTED

_____
UNITED STATES JUDGE