# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DR. SIMON BANKS, J.D.                     )
                                                  )
        Plaintiff                         )
                                                  )    **Civil Action No.**
                                                  )    **08-0215 (RCL)**
                                                  )
HON. NOEL ANKETELL KRAMER,                )
Et al,                                    )
                                                  )
        Defendants                        )

## PLAINTIFF'S RESPONSE TO MOTION OF DISTRICT OF COLUMBIA FOR EXTENSION OF TIME

Comes now Dr. Simon Banks, J.D., Plaintiff, and in response to District of Columbia Motion for Extension of Time and submit the following:

The Plaintiff did consent to the District's Motion for Extension of Time.

There is no genuine dispute that the Honorable Judge Noel Kramer, the Honorable John Ferren, the Honorable Annice Wagner, were personally served with service of process. The Plaintiff take issue with the assertion that they were not or may not have been served. Prior to the process server effecting service upon Judges Kramer, Ferren, Defendant Garland Pinkston, Clerk of District of Columbia Court of Appeals, and former Acting Corporation Counsel, accepted service upon himself and then telephoned them respectively while in the presence of the process server. However, Defendant Pinkston was unable to communicate with Judge Wagner. On April 14, 2008, Garland Pinkston telephoned the Plaintiff and informed the Plaintiff that he sought and secured permission to accept service of process upon Judge Wagner.

RECEIVED

APR 2 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

While the Plaintiff did consent to the District's Motion on behalf of the District of

Columbia and defendants served in their respective official capacity, it does not appear

that the District has record authority to represent to the court that it is acting as counsel

for defendants served in their personal capacities.

_____

Simon Banks
P.O. Box 17052
Alexandria, Va. 22302
703 965-5637
Email: disbands@msn.com

certificate of Service

I hereby certify that a copy of
this response was transmitted to via electronic mail,
To Denise Baker ESQ, counsel for defendant
District of Columbia and upon all
other defendants this 23rd day of
April, 2008

Simon Banks