IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS, | : |
| **Plaintiff,** | : |
| v. | : Civil Action No. 08-0215 (RCL) |
| HON. NOEL ANKETELL KRAMER, *et. al.,* | : |
| **Defendants.** | : |

## PRAECIPE

TO THE CLERK OF THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Defendant Council for Court Excellence ("CCE") filed its Motion to Dismiss Plaintiff's Complaint for Lack of Jurisdiction on April 29, 2008 [Docket Entry No. 8]. On April 30, 2008, Plaintiff served upon CCE's counsel an Amended Complaint. Plaintiff's Amended Complaint was filed with the Court on April 30, 2008 and docketed on May 1, 2008 [Docket Entry No. 9].

In the interests of judicial economy, this Praecipe serves to advise the Clerk of the Court and all parties that because Plaintiff's Amended Complaint raises no new issues of fact or law as against CCE, CCE stands on its original motion to dismiss and requests that the Court read Docket Entry No. 8 to dismiss Plaintiff's Amended Complaint.

The time for Plaintiff to file any opposition to CCE's motion to dismiss the Amended Complaint is prescribed by the rules of the court and runs from the docketing of this praecipe.

Dated: May 1, 2008                    Respectfully submitted,

                                                        ARENT FOX PLLC

                                                       /s/ James H. Hulme
                                                      James H. Hulme (#323014)
                                                      Matthew M. Wright (#474731)
                                                      Kavitha J. Babu (#491067)
                                                      1050 Connecticut Ave, N.W.
                                                      Washington, D.C. 20036-5339
                                                      (202) 857-6000/Telephone
                                                      (202) 857-6395/Facsimile
                                                      *Attorneys for Defendant Council for Court Excellence*