BEFORE THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 08-00215 RCL |
| | ) |
| HON. NOEL ANKETELL KRAMER | ) |
| Et al | ) May 15, 2008 |
| | ) |
| Defendants | ) |

PLAINTIFF'S ERRATA TO
PLAINTIFF'S AMENDED MOTION FOR EXTENSION OF TIME
TO SUBMIT RESPONSE TO THE COUNCIL FOR COURT
EXCELLENCE MOTION TO DISMISS THE COMPLAINT

Comes now Simon Banks, Plaintiff and submit errata to Plaintiff's Amended Motion to this Honorable Court for extension of time until May 23, 2008 to submit response to the Council for Court Excellence Motion to Dismiss the complaint against Council for Court Excellence, and in support, submit the following certificate of service.

CERTIFICATE OF SERVICE

I, hereby certify that a copy of Plaintiff's Amended Motion to this Honorable Court for extension of time until May 23, 2008 to submit response to the Council for Court Excellence Motion to Dismiss the complaint against Council for Court Excellence, and in support was transmitted to the following via electronic mail, the 13th day of May, 20008 to:

Denise Baker, Esq.
Assistant Attorney General
District of Columbia
441 4th Street, NW 6th Floor
Washington, D.C. 20001
Email: denise.banker@dc.gov

Attorney for Hon. John Ferren, Hon. Annice Wagner,
Hon. Noel Anketell Kramer,
And Garland Pinkston, Esq. and the District of Columbia Government

RECEIVED
MAY 15 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
MAY 15 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

James H. Hulme, Esq.
Matthew M. Wright,
Kavitha J. Babu
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5339

Attorneys for Defendant Council for
Court Excellence

Hon. Michael B. Mukasey
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Email: hulme.james@arentfox.com, wright.matthew@arentfox.com, babu.kavitha@arentfox.com

Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
703 965-5637
drsbanks@msn.com

## CERTIFICATE OF SERVICE

I, hereby certify that a copy of Plaintiff's errata to Plaintiff's Amended Motion to this Honorable Court for extension of time until May 23, 2008 to submit response to the Council for Court Excellence Motion to Dismiss the complaint against Council for Court Excellence, and in support was transmitted to the following via electronic mail, the 15th day of May, 20008 to:

Denise Baker, Esq.
Assistant Attorney General
District of Columbia
441 4th Street, NW 6th Floor
Washington, D.C. 20001
Email: denise.banker@dc.gov

Attorney for Hon. John Ferren, Hon. Annice Wagner,
Hon. Noel Anketell Kramer,
And Garland Pinkston, Esq. and the District of Columbia Government

James H. Hulme, Esq.
Matthew M. Wright,
Kavitha J. Babu
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5339,

Attorneys for Defendant Council for
Court Excellence

Hon. Michael B. Mukasey
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Email: hulme.james@arentfox.com, wright.matthew@arentfox.com, babu.kavitha@arentfox.com

_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
703 965-5637
drsbanks@msn.com