## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SIMON BANKS, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 08-215 (RCL)** |
| | ) | |
| NOEL ANKETELL KRAMER, *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>ORDER</u>

Defendant Council for Court Excellence filed a Motion to Dismiss with Prejudice [8] on April 29, 2008. Plaintiff filed an Amended Complaint [9] on April 30, 2008. By Praecipe [10] filed on May 1, 2008, Defendant Council for Court Excellence asks its Motion to Dismiss with Prejudice [8] be deemed a Motion to Dismiss Plaintiff's Amended Complaint.

Defendant Michael B. Mukasey, Attorney General of the United States, also filed a Motion to Dismiss [12] on May 19, 2008.

Plaintiff is representing himself.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise *pro se* plaintiffs of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id*. at 509. In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the

motion as conceded." Local Civil Rule 7(b).

Accordingly, this Court wishes to advise Plaintiff that he must respond to Defendants' previously filed motions **within fourteen (14) days of the filing date of this Order**. If Plaintiff does not respond, the Court will treat the motions as conceded and may dismiss the case.

SO ORDERED.


Signed by Royce C. Lamberth, Chief Judge, May 30, 2008.