UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. 08-215 (RCL) |
| NOEL ANKETELL KRAMER, *et al.*, | ) |
|     Defendants. | ) |

**ORDER**

There is nothing on the docket of the Clerk of Court reflecting service on Defendant District of Columbia Bar Foundation. Accordingly, it is hereby

ORDERED that Plaintiff shall, within the next ten (10) days, file with the Clerk of Court either proof of service or a status memorandum indicating all steps taken to date to effect service.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, May 30, 2008.