UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )     Civil Action No. 08-215 (RCL) |
| | ) |
| NOEL ANKETELL KRAMER, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## ORDER

Upon consideration of Defendant District of Columbia's Motion for Extension of Time to Answer or Otherwise Respond [5] to the Complaint, the Memorandum of Points and Authorities in support thereof, and the entire record herein, it is hereby

ORDERED that Defendant's Motion for Extension of Time to Answer or Otherwise Respond [5] is GRANTED; and Defendant District of Columbia may answer or otherwise respond to the Plaintiff's complaint on or before July 7, 2008.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, May 30, 2008.