UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08-215 (RCL) |
| NOEL ANKETELL KRAMER, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Upon consideration of Plaintiff's Motion for CM/ECF Password [6] in the instant case, it is hereby

ORDERED that Plaintiff's Motion for CM/ECF Password [6] is GRANTED.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, May 30, 2008.