BEFORE THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V. ) | Civil Action No. 08-00215 RCL |
| ) | |
| HON. NOEL ANKETELL KRAMER ) | |
| Et al ) | May 9, 2008 |
| ) | |
| Defendants ) | |

*Let this be filed.*
*Royce C. Lamberth*
*U.S.D.J. 5/29/08*

PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO SUBMIT RESPONSE TO THE COUNCIL FOR COURT
EXCELLENCE MOTION TO DISMISS THE COMPLAINT

The Defendant Counsel for Court Excellence consent to the motion
The Plaintiff has been unable to secure a response from the other parties

Comes now Simon Banks, Plaintiff and motion this Honorable Court for an extension of time until May 16, 2008 to submit response to the Council for Court Excellence Motion to Dismiss the complaint against Council for Court Excellence, and in support cites the following:

The Plaintiff needs the requested extension to submit response to Council for Court Excellence Motion to Dismiss the Complaint.

The Motion present complex issues of law and Plaintiff needs additional time to research the points of law submitted by Defendant CCE.

The Defendants consent to the relief requested.

WHEREFORE, the Plaintiff pray that the Court grant the relief requested.

Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
703 965-5637

RECEIVED
MAY 9 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MEMORANDUM OF LAW IN SUPPORT OF THE MOTION

his Motion is made pursuant to Rule 6(b)(1) of the Fed. R. Civ. P.

/s/ Simon Banks

Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
703 965-5637

BEFORE THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

SIMON BANKS,                                )
                                            )
          Plaintiff                         )
                                            )
V.                                          ) Civil Action No. 08-00215 RCL
                                            )
HON. NOEL ANKETELL KRAMER                   )
Et al                                       )
                                            )
          Defendants                        )


ORDER


Upon consideration of Plaintiff's Motion for Extension of Time through May 16, 2008 to submit response to Council for Court Excellence Motion to Dismiss the Complaint against Council for Court Excellence, it is this _____ day of

_____, 2008,


**HEREBY
GRANTED**


_____
United States District Court Judge