RECEIVED
MAY 1 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BEFORE THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V. ) | Civil Action No. 08-00215 RCL |
| ) | |
| HON. NOEL ANKETELL KRAMER ) | |
| Et al ) | May 13, 2008 |
| ) | |
| Defendants ) | |

*Let this be filed.*
*Royce C. Lamberth*
*U.S.D.J.  5/29/08*

PLAINTIFF'S AMENDED MOTION FOR EXTENSION OF TIME
TO SUBMIT RESPONSE TO THE COUNCIL FOR COURT
EXCELLENCE MOTION TO DISMISS THE COMPLAINT

The Defendant Counsel for Court Excellence consent to the motion
The Plaintiff has been unable to secure a response from the other parties

Comes now Simon Banks, Plaintiff and submit Plaintiff's Amended Motion to this Honorable Court for extension of time until May 23, 2008 to submit response to the Council for Court Excellence Motion to Dismiss the complaint against Council for Court Excellence, and in support cites the following:

Plaintiff's printed Petition for Writ of Certiorari to the U.S. Supreme Court is due, on Tuesday, May 20, 2008 in *In Re Simon Banks*, 04-SP-789 erroneously re-titled on appeal from *In Re Simon Banks*, 02-BG-1374, to *Simon Banks v. United States*, 04-SP-789. (Notwithstanding, this issue arose from a complaint brought on behalf of the DCCA for speech-related misdemeanor contempt).

Plaintiff needs an extension to May 23, 2008 to submit response to CCE's dispositive motion to dismiss

The Motion present complex issues of law and Plaintiff needs additional time to research the points of law submitted by Defendant CCE.

The Defendants consent to the relief requested.

**WHEREFORE**, the Plaintiff pray that the Court grant the relief requested.

/s/
_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
703 965-5637

## MEMORANDUM OF LAW IN SUPPORT OF THE MOTION

his Motion is made pursuant to Rule 6(b)(1) of the Fed. R. Civ. P.

/s/
_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
703 965-5637

BEFORE THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| V. | ) Civil Action No. 08-00215 RCL |
| | ) |
| HON. NOEL ANKETELL KRAMER | ) |
| Et al | ) |
| | ) |
| Defendants | ) |

ORDER

Upon consideration of Plaintiff's consented Amended Motion for Extension of Time through May 23, 2008 to submit response to Council for Court Excellence Motion to Dismiss the Complaint against Council for Court Excellence, it is this _____ day of _____, 2008,

**HEREBY
GRANTED**

_____
United States District Court Judge