BEFORE THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUBIA

| | |
|---|---|
| DR. SIMON BANKS, | ] |
| Plaintiff | ] |
| V. | ] Civil Action No. 08-00215 (RCL) |
| HON. NOEL ANKETELL KRAMER, ET AL | ] |
| | ] May 30, 2008 |
| Defendants | ] |

**PLAINTIFF'S CONSENT MOTION FOR A 2-DAY EXTENSION OF TIME TO SUBMIT RESPONSE TO DEFENDANT COUNCIL FOR COURT EXCELLENCE MOTION TO DISMISS THE AMENDED COMPLAINT**

Comes now Dr. Simon Banks, Plaintiff, and pursuant to Fed. R. Civ. P 6(b)(1) and motion this Honorable Court for a 2-day Extension of time to submit response to Council for Court Excellence's Motion to Dismiss the 2nd Amended Complaint.

_____
Simon Banks, J.D.

RECEIVED
MAY 30 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I, hereby certify that a copy of this pleading was transmitted to the following via electronic mail, this 30th day of May, 20008

James H. Hulme, Esq.
Matthew M. Wright,
Kavitha J. Babu
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5339,

Attorneys for Defendant Council for
Court Excellence

Denise Baker, Esq.
Assistant Attorney General
District of Columbia
441 4th Street, NW 6th Floor
Washington, D.C. 20001
Email: denise.banker@dc.gov

Attorney for Hon. John Ferren, Hon. Annice Wagner,
Hon. Noel Anketell Kramer,
And Garland Pinkston, Esq. and the District of Columbia Government

Raymond A. Martinez
Special Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530

Attorney for Michael B. Mukasey
Attorney General, USA

Email: hulme.james@arentfox.com, wright.matthew@arentfox.com, babu.kavitha@arentfox.com

_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
703 965-5637
drsbanks@msn.com

BEFORE THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUBIA

| | |
|---|---|
| DR. SIMON BANKS, | ] |
| Plaintiff | ] |
| V. | ] Civil Action No. 08-00215 (RCL) |
| HON. NOEL ANKETELL KRAMER, ET AL | ] |
| Defendants | ] |

ORDER

Upon consideration of Plaintiff's Motion for an 2-day Extension of time to submit response to Defendant Council for Court Excellence Motion to Dismiss Amended Complaint, it is this _____ day of _____, 2008,

HEREBY
GRANTED

_____
UNITED STATES DISTRICT JUDGE

James H. Hulme, Esq.
Matthew M. Wright,
Kavitha J. Babu
1050 Connecticut Avenue, N.W.

Washington, DC 20036-5339,

Attorneys for Defendant Council for
Court Excellence

Denise Baker, Esq.
Assistant Attorney General
District of Columbia
441 4th Street, NW 6th Floor
Washington, D.C. 20001
Email: denise.banker@dc.gov

Attorney for Hon. John Ferren, Hon. Annice Wagner,
Hon. Noel Anketell Kramer,
And Garland Pinkston, Esq. and the District of Columbia Government

Hon. Michael B. Mukasey
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Email: hulme.james@arentfox.com, wright.matthew@arentfox.com, babu.kavitha@arentfox.com