BEFORE THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS, | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| V. | ) Civil Action No. 08-00215 RCL |
| | ) |
| HON. NOEL ANKETELL KRAMER | ) |
| Et al | ) June 9, 2008 |
| | ) |
|     Defendants | ) |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO SUBMIT RESPONSE TO THE COUNCIL FOR COURT
EXCELLENCE MOTION TO DISMISS THE COMPLAINT**

The Defendant Counsel for Court Excellence and the District Defendants
do not consent to the relief requested
The Plaintiff has been unable to secure a response from Defendant Michael B. Mkasey

Comes now Simon Banks, Plaintiff and motion this Honorable Court for an extension of time of 7 days to effect service of process on the remaining defendants.

The Plaintiff needs the extension requested to effect service upon the remaining unserved defendants

**WHEREFORE**, the Plaintiff pray that the Court grant the relief requested.


_____/s/_____
Dr. Simon Banks, J.D.

P.O. Box 17052
Alexandria, Va. 22302
703 965-5637

## MEMORANDUM OF LAW IN SUPPORT OF THE MOTION

This Motion is made pursuant to Rule 6(b)(1) of the Fed. R. Civ. P.


_____/s/_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
Email: drsbanks@msn.com
703 965-563

BEFORE THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SIMON BANKS,** | ) |
| | ) |
|     **Plaintiff** | ) |
| | ) |
| V. | ) Civil Action No. 08-00215 RCL |
| | ) |
| **HON. NOEL ANKETELL KRAMER** | ) |
| **Et al** | ) June 9, 2008 |
| | ) |
|     **Defendants** | ) |

### ORDER

Upon consideration of Plaintiff's Motion for Extension of Time to effect service of process on all remaining unserved parties, it is this_____day of_____

**HEREBY,**
**GRANTED**

_____
UNITED STATES JUDGE