## BEFORE THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUBIA

| | |
|---|---|
| DR. SIMON BANKS, | ] |
| | ] |
| **Plaintiff** | ] |
| | ] |
| V. | ] Civil Action No. 08-00215 (RCL) |
| | ] |
| | ] |
| HON. NOEL ANKETELL KRAMER, | ] |
| ET AL | ] |
| | ] June 13, 2008 |
| | ] |
| **Defendants** | ] |

## PLAINTIFF'S CONSENT MOTION FOR A 2-DAY EXTENSION OF TIME TO SUBMIT RESPONSE TO DEFENDANT MICHAEL B. MUKASEY'S MOTION TO DISMISS THE AMENDED COMPLAINT

Defendant Mukasey does not object to the relief requested in the motion. Other defendants took no position with respect to the motion

Comes now Dr. Simon Banks, Plaintiff, and pursuant to Fed. R. Civ. P 6(b)(1) and file consent motion this Honorable Court for an 2-day Extension of time through Monday, June 16, 2008 to submit response to Defendant Michael B. Mukasey's Motion to Dismiss Plaintiff's 2nd Amended Complaint.

_____/S/_____
Simon Banks, J.D.

BEFORE THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUBIA

| | |
|---|---|
| DR. SIMON BANKS, | ] |
| | ] |
| **Plaintiff** | ] |
| | ] |
| V. | ] Civil Action No. 08-00215 (RCL) |
| | ] |
| | ] |
| HON. NOEL ANKETELL KRAMER, | ] |
| ET AL | ] |
| | ] |
| | ] |
| **Defendants** | ] |

ORDER

Upon consideration of Plaintiff's Motion for a 2-day Extension of time to submit response to Defendant Michael B. Mukasey's Motion to Dismiss Amended Complaint, it is this_____day of _____, 2008,

HEREBY
GRANTED

_____
UNITED STATES DISTRICT JUDGE