UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No. 08-215 (RCL) |
| | ) |
| NOEL ANKETELL KRAMER, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

Defendant Council for Court Excellence ("CCE") filed a Motion to Dismiss with Prejudice [8] on April 29, 2008. Plaintiff filed an Amended Complaint [9] on April 30, 2008. By Praecipe [10] filed on May 1, 2008, Defendant Council for Court Excellence asked that its Motion to Dismiss with Prejudice [8] be deemed a Motion to Dismiss Plaintiff's Amended Complaint. Defendant Michael B. Mukasey, Attorney General of the United States, also filed a Motion to Dismiss [12] on May 19, 2008.

On May 29, 2008, the Court granted plaintiff leave to file two Motions [17] [18] for Extension of Time to Respond to CCE's motion to dismiss.

On May 30, 2008, the Court issued an Order [13] advising the plaintiff that he was required to respond to defendants' previously filed motions [8] [12] within fourteen (14) days of the filing date of that order. The same order notified the plaintiff that if he failed to respond to defendants' previously filed motions to dismiss, the Court would treat the motions as conceded and might dismiss the case.

Also on May 30, 2008, the Court issued an Order [14] notifying the plaintiff that there was nothing on the docket of the Clerk of Court reflecting service on Defendant District of

Columbia Bar Foundation and ordering the plaintiff, within 10 days of the date of such order, to file with the Clerk of Court either proof of service or a status memorandum indicating all steps taken to date to effect service.

Also on May 30, 2008, the Court issued an Order [15] granting plaintiff's Motion for ECF Password [6].

Also on May 30, 2008, the plaintiff filed a Motion for Extension of Time [19] to respond to CCE's motion to dismiss.

On June 9, 2008, plaintiff filed a Motion [20] for a seven-day extension of time to effect service of process on the remaining defendants.  On June 13, 2008, plaintiff filed a Motion for Extension of Time [21] until June 16, 2008 to respond to defendant Attorney General Mukasey's motion to dismiss, which this Court granted by Minute Order on June 16, 2008.

Also on June 16, 2008, plaintiff filed a document [23] entitled "Federal Defendant's Motion to Dismiss," which plaintiff styled as a "Memorandum in opposition" to defendant Attorney General Mukasey's motion to dismiss on the Court's ECF system.  Notwithstanding the styling of the document [23] as a "Memorandum in opposition" to Attorney General Mukasey's motion to dismiss, the document [23] appears instead to be a copy of Attorney General Mukasey's motion to dismiss [12].

On June 18, 2008 plaintiff was notified via the Court's ECF system that his filing [23] contained errors, that the document title did not match the docketed event, and requesting and directing plaintiff to file the correct document.  On June 19, 2008, plaintiff filed a document entitled "Notice of Filing Bulk Exhibits Attached to Plaintiff's Opposition to Council for Court Excellence's Motion to Dismiss the Amended Complaint" [25].  Despite the document title's reference to defendant CCE, it is styled on the docket as a notice regarding Attorney General

Mukasey's motion to dismiss.

Upon consideration of the foregoing, applicable law and the entire record herein, and it appearing that plaintiff has not filed an opposition to Attorney General Mukasey's motion to dismiss, and it further appearing that the "Notice of Filing Bulk Exhibits Attached to Plaintiff's Opposition to Council for Court Excellence's Motion to Dismiss the Amended Complaint" [25], while styled on the docket with reference to Attorney General Mukasey's motion to dismiss, may have been intended by the plaintiff to be responsive to CCE's motion to dismiss, it is hereby

ORDERED, that plaintiff shall have seven additional days to file his opposition to Attorney General Mukasey's motion to dismiss, that such opposition shall be due on or before July 1, 2008, and **the Court notifies the plaintiff that if such opposition is not received on or before July 1, 2008, the court will consider Attorney General Mukasey's motion to dismiss conceded and will dismiss the case with respect to Attorney General Mukasey**; and it is further

ORDERED, that plaintiff's motions [17] [18] [19] for extension of time to respond to CCE's motion to dismiss are DENIED as moot in light of the Court's order [13] of May 30, 2008; and it is further

ORDERED, that plaintiff's motion [20] for a seven-day extension of time to effect service on the remaining defendants is GRANTED, and plaintiff shall have until July 1, 2008 to effect such service.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, June 27, 2008.