BEFORE THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| V. | ) Civil Action No. 08-00215 RCL |
| | ) |
| HON. NOEL ANKETELL KRAMER | ) |
| Et al | ) July 7, 2008 |
| | ) |
| Defendants | ) |

PLAINTIFF'S MOTION FOR A ONE DAY EXTENSION OF TIME
TO EFFECT SERVICE OF PROCESS ON THE DISTRICT OF COLUMBIA BAR
FOUNDATION

**The Plaintiff was unable to secure consent from the existing parties for this motion in substantial part because it did not concern the served defendants**

Come now Dr. Simon Banks, Plaintiff and submit motion for a one day extension of time to effect service of process upon Defendant District of Columbia Bar Foundation, and in support of the motion cites the following:

At about 1:45 p.m. this 7th day of July, 2008, the Plaintiff telephoned Katherine Garrett, the registered agent and Executive Director of the District of Columbia Bar Foundation, and ascertained that she would be at her office until 3:15 p.m. this date.

During the telephonic discussion, Katherine Garret requested what was the complaint against the DC Bar Foundation was about and in response the Plaintiff informed her that it had to do with the federal and public grant funds that the Foundation receives and dispenses to grantees. The Plaintiff further, in response to questions, informed Katherine Garrett that the case was filed in the United States District Court for the District of Columbia.

However, when the Plaintiff telephoned Katherine Garrett at 2:45 p.m. there was no response and there was no mailbox announcement for the receipt of messages. At about 3:15 p.m. the Plaintiff received an Email from Katherine Garrett stating that it was 3:15 p.m. and that she was leaving the office but that she would be available from 9:30 through 3:00 p.m. the following day, Tuesday, July 8, 2008.

Because the registered agent left her office early, and because 3 of the seven days the Court granted Plaintiff to effect service of process on the defendants included Friday, the 4th of July and Saturday and Sunday, the 6th of July coupled with the short day of the registered agent for the Bar Foundation, the Plaintiff has been hindered in his ability to effect service of process on Defendant DC Bar Foundation.

The Plaintiff needs the extension requested to effect service upon defendant District of Columbia Bar Foundation

**WHEREFORE**, the Plaintiff pray that the Court grant the relief requested.

_____/s/_____
Dr. Simon Banks, J.D.


## MEMORANDUM OF LAW IN SUPPORT OF THE MOTION

This Motion is made pursuant to Rule 6(b)(1) of the Fed. R. Civ. P.



_____/s/_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
Email: drsbanks@msn.com
571-970-8327

BEFORE THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS, | ) |
| | ) |
|     **Plaintiff** | ) |
| | ) |
| V. | ) Civil Action No. 08-00215 RCL |
| | ) |
| HON. NOEL ANKETELL KRAMER | ) |
| Et al | ) July 7, 2008 |
| | ) |
|     **Defendants** | ) |

## ORDER

Upon consideration of Plaintiff's Motion for Extension of Time to effect service of process upon the District of Columbia Bar Foundation, it is this_____day of_____

**HEREBY,
GRANTED**

_____
UNITED STATES JUDGE

RE: Civil Complaint against
From:**Katia Garrett** (garrett@dcbarfoundation.org)
Sent: Mon 7/07/08 3:16 PM
To:     'DRSimon Banks' (drsbanks@msn.com)

I did say I would be here until 3:00 – 3:15 today.  I will also be in tomorrow, Tuesday, July 8 no later than 9:30 a.m.  It is now 3:15 and I am leaving the office.


*Katherine L. Garrett*

Executive Director

DC Bar Foundation

***Make a note of our new address:***

2000 P Street NW, Suite 530

Washington, DC  20036-6964

202-467-3750 ext 12

fax: 202-467-3753

garrett@dcbarfoundation.org

*Funding Legal Services for Those In Need*

---

**From:** DRSimon Banks [mailto:drsbanks@msn.com]
**Sent:** Monday, July 07, 2008 1:34 PM
**To:** garrett@dcbarfoundation.org
**Subject:** Civil Complaint against


Ms, Katherine L. Garrett

2000 P St., NW

Suite 530

DC 20036

This is to confirm the recapitulation of our telephonic discussion a few minutes ago, when you agreed that you will be available at the above address up until 3:15pm to receive service of process regarding the civil complaint I discussed with

you in which I stated that sued the District of Columbia Bar Foundation in the United States District Court for the District of Columbia.

I further indicated, in response to your question, that it has to do with the manner in which

the DC Bar Foundation dispense its grant funds

In our telephonic discussion I further stated to you that there are changes which are being made to the complaint which will be done before I Email a copy of the complaint to you and that

I expect to Email a copy of the complaint to you when the change has been made this date.

*Simon Banks*