BEFORE THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| V. | ) Civil Action No. 08-00215 RCL |
| | ) |
| HON. NOEL ANKETELL KRAMER | ) |
| Et al | ) July 7, 2008 |
| | ) |
| Defendants | ) |

**PLAINTIFF'S RESPONSE TO MUKASEY'S MOTION TO DISMISS THE COMPLAINT**

Comes now Dr. Simon Banks, Plaintiff and submit response to Defendant Michael B. Mukasey's Motion to Dismiss the Complaint, and submit the following:

The Plaintiff enter no contest to Defendant Mukasey's Motion in view of fact that the United States Supreme Court denied Plaintiff's Petition for Writ of Certiorari on June 23, 2008 and received by the Plaintiff on June 26, 2008. There being no case where the Solicitor General can intervene to grant the relief the Plaintiff request of the Attorney General in the form of Mandamus, the Plaintiff enters no contest to the Motion to Dismiss for Mandamus. However, the Plaintiff moves that the Court not dismiss the Attorney General from the Complaint because of the Plaintiff's proposed Amended Complaint for Declaratory Relief.

The grant of the relief requested would promote judicial economy and avoid the necessity of the Plaintiff filing a separate complaint against the United States Department

of Justice for Declaratory Judgment, as prayed for in the amended complaint regarding Defendant Mukasey.

In support of the Plaintiff's response the Plaintiff incorporate by reference Plaintiff's memorandum of Points and Authorities.

_____   /s/_____
Dr. Simon Banks, J.D.

**BEFORE THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SIMON BANKS,** | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| V. | ) Civil Action No. 08-00215 RCL |
| | ) |
| HON. NOEL ANKETELL KRAMER | ) |
| Et al | ) July 7, 2008 |
| | ) |
| Defendants | ) |

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF
PLAINTIFF'S RESPONSE TO MUKASEY'S MOTION TO
DISMISS THE COMPLAINT**

The Plaintiff enter no contest to Defendant Mukasey's Motion in view of fact that the United States Supreme Court denied Plaintiff's Petition for Writ of Certiorari on June

2

23, 2008 and received by the Plaintiff on June 26, 2008. There being no case where the Solicitor General can intervene to grant the relief the Plaintiff request of the Attorney General in the form of Mandamus, the Plaintiff enters no contest to the Motion to Dismiss for Mandamus. However, the Plaintiff moves that the Court not dismiss the Attorney General from the Complaint because of the Plaintiff's proposed Amended Complaint for Declaratory Relief.

The grant of the relief requested would promote judicial economy and avoid the necessity of the Plaintiff filing a separate complaint against the United States Department of Justice for Declaratory Judgment, as prayed for in the amended complaint regarding Defendant Mukasey.

The doctrine of "curable pleading defects" applies here. *Dozier v. Ford Motor Co.,* 702 F.2d 1189, 1191 (D.C. Cir. 1983), and see *GAF Corp. v. United States,* 818 F.2d 901, 912-13 (D.C. Cir. 1987).

Subsequent to the Plaintiff filing the complaint the United States Supreme Court in *Simon Banks v. United States,* No. 07-11114, on June 23, 2008 denied the Plaintiff's Petition for Writ of Certiorari, rendering moot the relief sought to have the Solicitor General of the United States Department of Justice to enter the Supreme Court proceedings and plead for the removal of the United States from the case, the United States never having been a party to the misdemeanor state court disciplinary case proceedings.

WHEREFORE, that Plaintiff request that the Court dismiss the complaint for declaratory relief and not dismiss the Attorney General, Defendant Mukasey from the case because of the Plaintiff's amended complaint against Defendant Mukasey.

_____/s/_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
571-970-8327