**BEFORE THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DR. SIMON BANKS,** | ] |
| | ] |
| **Plaintiff** | ] |
| | ] |
| V. | ] **Civil Action No. 08-215 (RCL)** |
| | ] |
| **HON. NOEL ANKETELL KRAMER, ET AL.,** | ] |
| | ] |
| **DISTRICT OF COLUMBIA BAR FOUNDATION** | ] |
| **2000 P STREET, N.W** | ] |
| **SUITE 530** | ] |
| **WASHINGTON, D.C. 20036** | ] |
| | ] |
| **Defendants** | ] July 9, 2008 |

### PLAINTIFF'S ERRATA TO PLAINTIFF'S MOTION TO AMEND THE COMPLAINT AS TO THE DISTRICT OF COLUMBIA BAR FOUNDATION

At Page 1 under Motion to Amend the Complaint please insert: Plaintiff's certificate pursuant to LCVR 7 1(m). "Plaintiff after seeking consent for this motion was unable to secure consent for this motion from the parties. Response include that this issue did not concern them."

_____/s/_____
Dr. Simon Banks, J.D.

### CERTIFICATE OF SERVICE

I, hereby certify that a copy of this pleading was transmitted via Electronic Mail and also mailed, postage prepaid to Katherine L. Garrett, Registered Agent for the District of Columbia Bar Foundation, this 9th day of July, 2008

_____/s/_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, VA. 22302
571 970-8327
Email: drsbanks@msn.com

Case 1:08-cv-00215-RCL    Document 33    Filed 07/09/2008    Page 2 of 2