BEFORE THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SIMON BANKS, | ] |
| Plaintiff | ] |
| V. | ] Civil Action No. 08-215 (RCL) |
| HON. NOEL ANKETELL KRAMER, ET AL., | ] |
| HON. MICHAEL B. MUKASEY UNITED STATES ATTORNEY GENERAL | ] |
| Defendants | ] July 9, 2008 |

### AFFIDAVIT OF SERVICE OF PROCESS

I, Camille Taylor, hereby declare that on the 8th day of July, 2008, I personally served a copy of the summons and amended complaint, and motion to amend the amended complaint and memorandum of law in support of the motion to amend, at 2009 Street, NW, Washington, DC, on the following:

Katherine Garrett
Registered Agent for the
District of Columbia Bar Foundation

_____          7/9/2008
Camille Taylor                                         Date:  7-9-2008
322 15Th Street, N.E.
Washington, DC 20002

# USPS EXPRESS MAIL

## Flat Rate Mailing Envelope
### For Domestic and International Use

Visit us at usps.com

**PLEASE PRESS FIRMLY**

Print postage online - Go to usps.com/postageonline

**PLEASE PRESS FIRMLY**

ENVELOPE POSTAGE REQUIRED.

When used internationally affix customs declarations (PS Form 2976, or 2976A).

Mail Label Here:

**1. Complete Label**
Type or print required information in customer block.

**2. Payment Method**
Affix postage to upper right hand corner of envelope. For EMCA or Federal Agency, provide account number on label.

**3. Attach Label**
Remove label backing and affix in space provided. Customs form must be attached using PS Form 2976-E customs form pouch.

**4. Drop Off/Pick Up**
Drop off at any Post Office. Prepaid items mailed domestically or items using a corporate or federal account may be dropped in an Express Mail collection box. For other pickup options visit usps.com/pickup.

Please recycle.

Cradle to Cradle Certification is awarded to products that pursue an innovative vision of ecologically-intelligent design that eliminates the concept of waste. This USPS® packaging has been certified for its material content, recyclability, and manufacturing characteristics.

We Deliver!

us at usps.com

Handwritten notes:
Kathleen Sennett
rec'd: Summons d/d 7-8-08
Amended Compl. d/d 4-30-08
M/leave to file amended c d/d 7-8-08
Memo in supp of P/R 7-7-08
I Amend complaint d/d 7-8-08


EP13F

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Express Mail®. Misuse may be a violation of federal law. This packaging is not for resale.

BEFORE THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SIMON BANKS, | ] |
| Plaintiff | ] |
| V. | ] Civil Action No. 08-215 (RCL) |
| HON. NOEL ANKETELL KRAMER, ET AL., | ] |
| HON. MICHAEL B. MUKASEY UNITED STATES ATTORNEY GENERAL | ] |
| Defendants | ] July 9, 2008 |

### AFFIDAVIT OF SERVICE OF PROCESS

I, Camille Taylor, hereby declare that on the 8th day of July, 2008, I personally served a copy of the summons and amended complaint, and motion to amend the amended complaint and memorandum of law in support of the motion to amend, at 2009 Street, NW, Washington, DC, on the following:

Katherine Garrett
Registered Agent for the
District of Columbia Bar Foundation

_____          7/9/2008
Camille Taylor                              Date: 7-9-2008
322 15Th Street, N.E.
Washington, DC 20002