UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS, </br></br> Plaintiff, </br></br> v. </br></br> NOEL ANKETELL KRAMER, *et al.*, </br></br> Defendants. | Civil Action No. 08-215 (RCL) |

## ORDER

Now comes before this Court the Motion [12] to Dismiss of defendant Michael B. Mukasey, Attorney General of the United States, filed on May 19, 2008, the District Defendants' Motion [29] to Dismiss Plaintiff's Amended Complaint with Prejudice, filed on July 7, 2008, plaintiff's Motion [30] for a One Day Extension of Time to Effect Service of Process on the District of Columbia Bar Foundation, filed on July 7, 2008, plaintiff's Motion [32] for Leave to File Amended Complaint as to the District of Columbia Bar Foundation as a Defendant, filed on July 8, 2008, plaintiff's Motion [34] to Amend the Complaint as to Defendant Michael B. Mukasey, filed on July 9, 2008, the Affidavit [35] of Service of Process as to the District of Columbia Bar Foundation, filed on July 9, 2008, and plaintiff's Motion [37] for Default Judgment Against Defendants Judge Noel Anketell Kramer, Defendant Judge Annice Wagner, and Defendant Judge John Ferren, filed on July 11, 2008. In issuing this order, the Court has considered the foregoing, all applicable law and the entire record herein.

With respect to plaintiff's Motion [34] to Amend the Complaint as to Defendant Michael B. Mukasey, the applicable Local Rule states "[a] motion for leave to file an amended pleading

shall be accompanied by an original of the proposed pleading as amended." LCvR 7(i). The Court notes that no such proposed amended complaint is attached to plaintiff's motion [34]. Accordingly, it is hereby ORDERED that plaintiff's motion [34] is DENIED.

With respect to defendant Attorney General Mukasey's Motion [12] to Dismiss, the Court notes that plaintiff has conceded (*see* docket [34], 4) the defendant's motion with respect to the claims in the amended complaint [9]. Accordingly it is hereby ORDERED that defendant Attorney General Mukasey's Motion [12] to Dismiss is GRANTED.

With respect to plaintiff's Motion [32] for Leave to File Amended Complaint as to the District of Columbia Bar Foundation as a Defendant, the Court again notes the requirement of Local Rule 7(i), that such a motion "shall be accompanied by an original of the proposed pleading as amended." Because the document filed with plaintiff's motion [32] and listed as the exhibit thereto appears not to be an amended complaint, but instead only a supplement to the complaint with respect to the D.C. Bar Foundation, it is hereby ORDERED that plaintiff's motion [32] is DENIED.

It is hereby ORDERED, that plaintiff's motion [30] for an extension of time to effect service is GRANTED, *nunc pro tunc*.

Further, though the proper ECF event was not indicated, a review of the docket shows that plaintiff effected service on defendant D.C. Bar Foundation on July 9, 2008. (*See* docket [35].) Given that the Court prefers to decide cases on their merits as opposed to on procedural grounds, and in light of the considerable latitude afforded *pro se* litigants with respect to procedural matters in this Circuit, the Court will deem service timely effected with respect to defendant D.C. Bar Foundation as of July 9, 2008.

With respect to plaintiff's Motion [37] for Default Judgment Against Defendants Judge

Noel Anketell Kramer, Defendant Judge Annice Wagner, and Defendant Judge John Ferren, the Court notes that the Motion to Dismiss [29] filed on July 7, 2008 is filed on behalf of, *inter alia*, the defendants named in plaintiff's motion [37].  Thus, the named defendants have responded to the complaint and are not in default.  Accordingly, and because the Court prefers to decide cases on their merits as opposed to on procedural grounds, it is hereby ORDERED that plaintiff's motion [37] is DENIED.

    SO ORDERED.


    Signed by Royce C. Lamberth, Chief Judge, July 18, 2008.