BEFORE THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| V. | ) Civil Action No. 08-00215 RCL |
| | ) |
| HON. NOEL ANKETELL KRAMER | ) |
| Et al | ) July 21, 2008 |
| | ) |
| Defendants | ) |

**PLAINTIFF'S MOTION FOR A ONE DAY EXTENSION OF TIME
TO EFFECT SERVICE OF PROCESS ON THE DISTRICT OF COLUMBIA BAR
FOUNDATION**

**Plaintiff's Certification pursuant to LCVR 7(m)**
The District does not consent to the motion. CCE takes no position since the motion does not concern it, and the Plaintiff was unable to secure a response from the DC Bar Foundation

Come now Dr. Simon Banks, Plaintiff and submit motion for extension of time of 10 days to submit response to the District Defendants' Motion to Dismiss the Amended Complaint, and in support states the following:

The motion of the District Defendants is complex and requires extensive research and preparation.

The Plaintiff incorporate by reference Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for Extension of Time to Submit Response to the District Defendant's Motion to Dismiss the Amended Complaint.


_____/s/_____
Dr. Simon Banks, J.D.

BEFORE THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS, | ) |
| | ) |
|       Plaintiff | ) |
| | ) |
| V. | ) Civil Action No. 08-00215 RCL |
| | ) |
| HON. NOEL ANKETELL KRAMER | ) |
| Et al | ) July 21, 2008 |
| | ) |
|       Defendants | ) |

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR A 10-DAY EXTENSION OF TIME TO SUBMIT RESPONSE TO THE DISTRICT DEFENDANTS MOTION TO DISMISS THE AMENDED COMPLAINT**

Come now Dr. Simon Banks, Plaintiff and submit Memorandum of Law In Support of Plaintiff's Motion for extension of time of 10 days to submit response to the District Defendants' Motion to Dismiss the Amended Complaint, and in support states the following:

The motion of the District Defendants is complex and requires extensive research and preparation.

This Motion is made pursuant to Rule 6(b)(1) of the Fed. R. Civ. P.

_____/s/_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
Email: drsbanks@msn.com
703 965-5637

CC:
Katherine L. Garrett
Executive Director
DC Bar Foundation
2000 P Street NW, Suite 530
Washington, DC  20036-6964

BEFORE THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| V. | ) Civil Action No. 08-00215 RCL |
| | ) |
| HON. NOEL ANKETELL KRAMER | ) |
| Et al | ) |
| | ) |
| Defendants | ) |

## ORDER

Upon consideration of Plaintiff's Motion for Extension of Time of 10 days to submit response to the District Defendants Motion to Dismiss the Amended Complaint, it is this _____day of_____

**HEREBY,
GRANTED**

_____
UNITED STATES JUDGE