BEFORE THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS, | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| V. | ) Civil Action No. 08-00215 RCL |
| | ) |
| HON. NOEL ANKETELL KRAMER | ) |
| Et al | ) July 21, 2008 |
| | ) |
|     Defendants | ) |

ERRATA TO
PLAINTIFF'S MOTION FOR A 10-DAY EXTENSION OF TIME TO SUBMIT RESPONSE TO DISTRICT DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

WHICH INCORRECTLY PROVIDES AT PAGE ONE OF THE MOTION:

PLAINTIFF'S MOTION FOR A 10 DAY EXTENSION OF TIME
TO EFFECT SERVICE OF PROCESS ON THE DISTRICT OF COLUMBIA BAR FOUNDATION

Please make the foregoing change.


_____/s/_____
Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, VA. 22302
703 965-5637