## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SIMON BANKS, J.D., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>NOEL ANKETELL KRAMER, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 08-0215 (RCL) |

### DISTRICT DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITY IN RESPONSE TO MOTION FOR A 10-DAY EXTENSION OF TIME TO SUBMIT RESPONSE TO MOTION TO DISMISS AMENDED COMPLAINT

Pursuant to Rule 6 (b) (1), Fed. R. Civ. P., District Defendants, by undersigned counsel, hereby respectfully responds to Plaintiff's request for a 10-day extension of time to respond to District Defendants' Motion to Dismiss.

1. Plaintiff requested consent of the District Defendants for an extension of time to respond; however, plaintiff failed to aver any reason for the requested consent to relief. *Ergo,* District Defendants denied the request for consent to the relief.

2. In Plaintiff's moving papers, however, he states that the reason for the requested extension is because the "motion of the District Defendants is complex and requires extensive research and preparation." Since that is a good reason for an extension, District Defendants withdraw their denial of consent for the requested extension of time, notwithstanding the fact that the original request was only for a one (1) day extension.

WHEREFORE, this honorable Court may treat the motion as conceded.

Respectfully submitted:

PETER NICKLES
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

ELLEN EFROS [250746]
Chief, Equity Section I

/s/ Denise J. Baker
Denise J. Baker
D.C. Bar No. 493414
Assistant Attorney General
441 4th Street, Northwest, 6th Floor South
Washington, D.C. 20001
202-442-9887 (Telephone)
202-727-0431 (Facsimile)
Denise.baker@dc.gov