UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-215 (RCL) |
| ) | |
| NOEL ANKETELL KRAMER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# ORDER

Upon consideration of Plaintiff's Motion [39] for 10-Day Extension to respond to Defendant District of Columbia's Motion [29] to Dismiss, and defendant's Response [41] to plaintiff's motion, it is hereby

ORDERED that plaintiff's motion [39] is GRANTED; and plaintiff shall respond to defendant's Motion [29] to Dismiss on or before August 6, 2008.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, July 23, 2008.