UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **SIMON BANKS,** )<br>　　　　Plaintiff, )<br> )<br>v. )<br> )<br>**NOEL ANKETELL KRAMER, et al..** )<br>　　　　Defendant. )<br> ) | Civil Action No. 08-00215 (RCL) |

## NOTICE OF APPEARANCE

Pursuant to Local Civil Rule 83.6(a), please enter the appearance of Melissa Furrer Miller as counsel of record for Defendant, District of Columbia Bar Foundation. Ms. Furrer Miller's address, telephone number, e-mail address, and bar identification number are:

> Melissa Furrer Miller
> Morgan, Lewis & Bockius LLP
> 1111 Pennsylvania Avenue, NW
> Washington, DC 20004
> (202) 739-3705
> mfmiller@morganlewis.com
> DC Bar No. 491738

Respectfully submitted,

Dated July 28, 2008

　　　　/s/ Melissa Furrer Miller
Melissa Furrer Miller (DC Bar No. 491738)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
(202) 739-5190

DB1/62013824.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 28, 2008, I caused the foregoing Notice of Appearance to be served by e-mail and U.S. Mail on the following person:

      Dr. Simon Banks
      P.O. Box 17052
      Alexandria, VA  22302
      drsbanks@msn.com

      Denise J. Baker, Esquire
      Office of the Attorney General
      For the District of Columbia
      441 4th Street, N.W.
      Room 6S028
      Washington, D.C.  20001
      denise.baker@dc.gov

      James H. Hulme, Esquire
      Arent Fox LLP
      1050 Connecticut Avenue, N.W.
      Washington, D.C.  20036-5339
      hulme.james@arentfox.com

      Raymond A. Martinez, Esquire
      U.S. Attorney's office
      501 3rd Street, 4th Floor
      Washington, D.C.  20001
      raymond.martinez2@usdoj.gov

                        /s/ Melissa Furrer Miller
                          _____