UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS,            ) | |
|            Plaintiff,  ) | |
|                        ) | Civil Action No. 08-00215 (RCL) |
|     v.                 ) | |
|                        ) | |
| NOEL ANKETELL KRAMER, et al. ) | |
|            Defendant.  ) | |

**CONSENT MOTION OF DEFENDANT DISTRICT OF COLUMBIA BAR FOUNDATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendant District of Columbia Bar Foundation (the "D.C. Bar Foundation"), through its undersigned counsel, hereby respectfully requests a 30-day extension of time in which to answer or otherwise respond to the Plaintiff's first amended complaint. The facts supporting this request are as follows:

1. On July 8, 2008, the D.C. Bar Foundation was served with the Amended Complaint, dated April 30, 2008 [Dkt. No. 9], a Motion for Leave to File an Amended Complaint as to the D.C. Bar Foundation as a Defendant [Dkt. No. 32], and Plaintiff's Amended Complaint against the D.C. Bar Foundation to Supplement the Amended Complaint, which was an exhibit to the motion.

2. On July 18, 2008, this Court issued an order [Dkt. No. 38] that, among other things, denied plaintiff's Motion for Leave to File an Amended Complaint as to the D.C. Bar Foundation as a Defendant and deemed "service timely effected with respect to defendant D.C. Bar Foundation as of July 9, 2008."

DB1/62015900.1

3. Under the Court's order, the D.C. Bar Foundation's answer or other response is due on July 29, 2008.

4. As of the date of the Court's order, counsel for the D.C. Bar Foundation had not yet been required to enter, and had not entered, an appearance in this case. Accordingly, counsel did not receive notice of the Court's order via the ECF system. Counsel did not become aware of the Court's July 18, 2008 order until July 24, 2008, when counsel fortuitously checked the docket in this matter to see whether the motion for leave to amend had been ruled upon.

5. Counsel requires additional time to prepare a response.

6. The requested enlargement of time will not prejudice the Plaintiff.

7. In accordance with Local Civil Rule 7(m), counsel for the D.C. Bar Foundation spoke to Plaintiff by telephone on July 24, 2008 to request consent to the relief sought in this motion. Plaintiff consented to the requested relief and confirmed his consent via e-mail.

WHEREFORE, for the foregoing reasons, Defendant D.C. Bar Foundation requests an extension of time to file an answer or other responsive pleading to Plaintiff's Amended Complaint until August 28, 2008.

Respectfully submitted,

    /s/ Melissa Furrer Miller
Melissa Furrer Miller (D.C. Bar No. 491738)
MORGAN, LEWIS & BOCKIUS
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 739-3705

July 28, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **SIMON BANKS,**<br>          Plaintiff,<br><br>    v.<br><br>**NOEL ANKETELL KRAMER, et al.**<br>          Defendant. | )<br>)<br>)<br>)   **Civil Action No. 08-00215 (RCL)**<br>)<br>)<br>)<br>)<br>) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF DEFENDANT DISTRICT OF COLUMBIA BAR FOUNDATION'S
CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFF'S AMENDED COMPLAINT**

1. Federal Rule of Civil Procedure 6(b).

2. The record herein.

3. Absence of prejudice to the parties.

4. The equitable power of this Court.

5. Consent of the plaintiff pursuant to Local Civil Rule 7(m).

                                                        Respectfully submitted,

Dated July 28, 2008                                  /s/ Melissa Furrer Miller
                                                        Melissa Furrer Miller (DC Bar No. 491738)
                                                        MORGAN, LEWIS & BOCKIUS LLP
                                                        1111 Pennsylvania Avenue, NW
                                                        Washington, D.C. 20004
                                                        (202) 739-5190

DB1/62015900.1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2008, I caused the foregoing Consent Motion, Memorandum of Points and Authorities, and proposed Order to be filed electronically with the Court for ECF service and electronically mailed to:

> Dr. Simon Banks
> P.O. Box 17052
> Alexandria, VA  22302
> drsbanks@msn.com
>
> Denise J. Baker, Esquire
> Office of the Attorney General
> For the District of Columbia
> 441 4th Street, N.W.
> Room 6S028
> Washington, D.C.  20001
> denise.baker@dc.gov
>
> James H. Hulme, Esquire
> Arent Fox LLP
> 1050 Connecticut Avenue, N.W.
> Washington, D.C.  20036-5339
> hulme.james@arentfox.com
>
> Raymond A. Martinez, Esquire
> U.S. Attorney's office
> 501 3rd Street, 4th Floor
> Washington, D.C.  20001
> raymond.martinez2@usdoj.gov

/s/ Melissa Furrer Miller

DB1/62015900.1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **SIMON BANKS,**  Plaintiff, | ) ) ) ) |
| v. | ) ) ) **Civil Action No. 08-00215 (RCL)** |
| **NOEL ANKETELL KRAMER, et al.**  Defendant. | ) ) ) ) |

**ORDER**

Upon consideration of consent motion filed by Defendant District of Columbia Bar Foundation for extension of time to answer or otherwise respond to the amended complaint, the memorandum of points and authorities in support thereof, and the entire record herein, it is this _____ day of _____, 2008 for the reasons stated by District of Columbia Bar Foundation in its papers,

**ORDERED** that the motion be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that District of Columbia Bar Foundation may answer or otherwise respond to the Plaintiff's amended complaint on or before August 28, 2008.

_____
**UNITED STATES DISTRICT JUDGE**

DB1/62015643.1