UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-215 (RCL) |
| ) | |
| NOEL ANKETELL KRAMER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of consent motion [44] filed by defendant District of Columbia Bar Foundation for extension of time to answer or otherwise respond to the amended complaint, the memorandum of points and authorities in support thereof, and the entire record herein, it is this 29th day of July, 2008 for the reasons stated by District of Columbia Bar Foundation in its papers,

**ORDERED** that the motion be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that District of Columbia Bar Foundation shall answer or otherwise respond to the Plaintiff's amended complaint on or before August 28, 2008.

**SO ORDERED**.

Signed by Royce C. Lamberth, Chief Judge, July 29, 2008.