UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SIMON BANKS,** ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 08-215 (RCL) |
| v. ) | |
| ) | |
| **NOEL ANKETELL KRAMER,** *et al.*, ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Pursuant to Local Civil Rule 83.6(a), please enter the appearance of Joseph Brooks as counsel of record for Defendant District of Columbia Bar Foundation. Mr. Brooks's address, telephone number, e-mail address, and bar identification number are:

>Joseph Brooks
>MORGAN, LEWIS & BOCKIUS LLP
>1111 Pennsylvania Avenue, NW
>Washington, DC 20004
>(202) 739-5572
>jbrooks@morganlewis.com
>DC Bar No. 366739

>Respectfully submitted,
>
>        /s/ Joseph Brooks
>Joseph Brooks (DC Bar No. 366739)
>MORGAN, LEWIS & BOCKIUS LLP
>1111 Pennsylvania Avenue, NW
>Washington, D.C.  20004
>Tel: (202) 739-5572
>Fax: (202) 739-3001
>
>*Counsel for Defendant*
>*District of Columbia Bar Foundation*

DATED: July 29, 2008