**BEFORE THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DR. SIMON BANKS, | ] |
| | ] |
| **Plaintiff** | ] |
| | ] |
| V. | ] Civil Action No. 08-215 (RCL) |
| | ] |
| HON. NOEL ANKETELL KRAMER, | ] |
| ET AL., | ] |
| | ] |
| DISTRICT OF COLUMBIA BAR | ] |
| FOUNDATION | ] |
| 2000 P STREET, N.W | ] |
| SUITE 530 | ] |
| WASHINGTON, D.C. 20036 | ] |
| | ] |
| | ] |
| Defendants    ] | July 30, 2008 |

**PLAINTIFF'S ERRATA**
**TO PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT THE AMENDED COMPLAINT AS TO THE DISTRICT OF COLUMBIA BAR FOUNDATION**

**1.**      At Page ¶1 of the Supplement to the Amended Complaint, change:

"per Rule 19 FRCP." to **"per Rule 18 FRCP."**

**2.**      At Page  5¶13 of the Supplement to the Amended Complaint, change:

**"**The Plaintiff reallege the allegations set forth in paragraphs 1 through 12

above as if pleaded fully and completely herein," to:

**13. The Plaintiff reallege the allegations set forth in paragraphs 1 through 48**

**of the Amended Complaint dated April 30, 2008, and  paragraphs 1 through 12**

**hereof as if pleaded fully and completely herein.**

**3.**      At Page 9 of the Supplement to the Amended Complaint, change:

"30. The Plaintiff seeks an injunction against the Foundation to enjoin it from

denying any and all privileges and benefits it provide to legal service providers whom are

licensed members of the bar, and/or whom are licensed to practice law in the District of

Columbia, and whom are white," to:

**30. The Plaintiff seeks an injunction against the Foundation to enjoin it from**

**denying *the Plaintiff* any and all privileges and benefits it provide to legal service**

**providers whom are licensed members of the bar, and/or whom are licensed to**

**practice law in the District of Columbia, and whom are white.**


_____s/_____

Dr. Simon Banks, J.D.
P.O. Box 17052
Alexandria, Va. 22302
571-970-8327
Email: drsbanks@msn.com