BEFORE THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS, | ) |
| | ) |
|     **Plaintiff** | ) |
| | ) |
| V. | ) Civil Action No. 08-00215 RCL |
| | ) |
| HON. NOEL ANKETELL KRAMER | ) |
| Et al | ) |
| | ) |
|     **Defendants** | ) August 6, 2008 |

**PLAINTIFF'S ERRATA TO FILING OF PLAINTIFF'S
OPPOSITION TO DISTRICT DEFENDANTS MOTION TO
DISMISS THE AMENDED COMPLAINT**

The Plaintiff, on 8-6-2008, in error, filed Document 51, as "Memorandum In Opposition to Motion for Joinder, Document 48.

Please change Document 51 as **"Memorandum In Opposition to Document 29,"** District Defendants Motion to Dismiss the Amended Complaint.

_____/s/_____
Dr. Simon Banks
Doctor of Laws
P.O. Box 17052
Alexandria, VA. 22302
571-970-8327
Email: drsbanks@msn.com

CC: ECF Clerk, U.S.C. D.C.   dcd_cmecf@dcd.uscourts.gov