**BEFORE THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DR. SIMON BANKS, ] | |
| ] | |
| **Plaintiff** ] | |
| ] | |
| V. ] | Civil Action No. 08-215 (RCL) |
| ] | |
| HON. NOEL ANKETELL KRAMER, ] | |
| ET AL., ] | |
| ] | |
| HON. MICHAEL B. MUKASEY ] | |
| UNITED STATES ATTORNEY ] | |
| GENERAL ] | |
| Defendants ] | August 22, 2008 |

**PLAINTIFF'S MOTION FOR RECONSIDERATION
OF ORDER [38] DENYING PLAINTIFF'S MOTION TO
AMEND THE COMPLAINT AS TO DEFENDANT MUKASEY**

LCVR 7 1(m).

Plaintiff's certificate pursuant to LCVR 7 1(m). Defendant Mukasey does not consent to the relief requested

Comes now Dr. Simon Banks, Plaintiff, and submit Motion for Reconsideration of order [38] dated 07/18/2008 denying Plaintiff's motion [34] to Amend the Complaint as to Defendant Michael B. Mukasey, filed on July 9, 2008

With respect to Plaintiff's Motion [34] to Amend the Complaint as to Defendant Michael B. Mukasey, the Plaintiff did comply with the applicable Local Rule, LCvR 8(j) by submitting an original of the proposed pleading as amended.

In Support of the Motion the Plaintiff incorporate by reference Plaintiff's Memorandum of Law In Support of Motion For Reconsideration of Order [38] Denying Plaintiff's Motion [34] to Amend the Complaint as to Defendant Mukasey.

_____/s/_____
**Dr. Simon Banks**
Doctor of Laws
P.O. Box 17052
Alexandria, VA. 22302
Tele# 571-970-8327

**BEFORE THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DR. SIMON BANKS, ] | |
| ] | |
| **Plaintiff** ] | |
| ] | |
| V. ] | Civil Action No. 08-215 (RCL) |
| ] | |
| HON. NOEL ANKETELL KRAMER, ] | |
| ET AL., ] | |
| ] | |
| HON. MICHAEL B. MUKASEY ] | |
| UNITED STATES ATTORNEY ] | |
| GENERAL ] | |
| **Defendants** ] | August 22, 2008 |

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER [38] DENYING PLAINTIFF'S MOTION [34] TO AMEND THE COMPLAINT AS TO DEFENDANT MUKASEY**

Comes now Dr. Simon Banks, Plaintiff and submit Memorandum of Law In Support of Plaintiff's Motion for Reconsideration of Order [38] denying Plaintiff's motion [34] to Amend the Complaint as to Defendant Michael B. Mukasey, filed on July 9, 2008

With respect to Plaintiff's Motion [34] to Amend the Complaint as to Defendant Michael B. Mukasey, the Plaintiff did comply with the applicable Local Rule, LCvR 8(j) by submitting an original of the proposed pleading as amended.

1. The Plaintiff's original copy of the proposed amended complaint was filed with **Teresa Gumiel, ECF Clerk**, United States District Court for the District of Columbia. The document that Plaintiff filed with the Motion [34] listed as an exhibit, was followed by an original amended complaint signed by the Plaintiff.

2. Clerk Teresa Gumiel discarded the Plaintiff's original pleading because she was of the opinion it was a duplicate filing and that the Plaintiff's ECF filing did not require a second filing of an original copy with the Court.

3. The Plaintiff incorporate by reference Plaintiff's Affidavit, hereto attached, in support of Plaintiff's Memorandum of Law In Support of Plaintiff's Motion For Reconsideration of Order [38] Denying Plaintiff's Motion [34] to Amend the Complaint as to Defendant Mukasey.

4. Reconsideration is appropriate where the Court misunderstood the facts.

**RECONSIDERATION**

### A. Legal Standard

5. Federal Rule of Civil Procedure 54(b) governs reconsideration of orders that do not constitute final judgments in a case. Cobell v. Norton, 355 F. Supp. 2d 531, 539 (D.D.C. 2005). Rule 54(b) provides that: any order or other form of decision, however designated, which adjudicates fewer than all the claims or the rights and liabilities of fewer than all the parties ... is subject to revision at any time before the entry of judgment adjudicating all the claims and the rights and liabilities of all the parties. Fed. R. Civ. P. 54(b). This Court may permit revision "as justice requires." *Cobell v. Norton*, 224 F.R.D. 266, 272 (D.D.C. 2004).

6. Reconsideration is only appropriate when "the moving party

shows new facts or clear errors of law which compel the court to change its prior position." *Nat'l Ctr. for Mfg. Sci. v. Dep't of Def.*, 199 F.3d 507, 511 (D.C. Cir. 2000). *See also Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996).

      7.      Justice may require revision when the Court has "patently misunderstood a party, has made a decision outside the adversarial issues presented to the Court by the parties, has made an error not of reasoning but of apprehension, or where a controlling or significant change in the law or facts [has occurred] since the submission of the issue to the Court." *Cobell,* 224 F.R.D. at 272 (citing *Bank of Waunakee v. Rochester Cheese Sales, Inc.,* 906 F.2d 1185, 1191 (7th Cir.1990) (internal quotes omitted)). Errors of apprehension may include a Court's failure to consider "controlling decisions or data . .that might reasonably be expected to alter the conclusion reached by the court." *Shrader v. CSX Transp., Inc.*, 70 F.3d 255, 257 (2d Cir.1995).

      8.      "The purpose of a motion for reconsideration is to correct manifest errors of law or fact or to present newly discovered evidence." *Harsco v. Zlotnicki*, 779 F.2d 906, 909 (3d Cir. 1985) (citations omitted), cert. denied, 476 U.S. 1171, (1986). "Therefore, a court may properly grant a party's motion for reconsideration in any of the following circumstances: '(1) the development of an intervening change in the law, (2) the emergence of new evidence not previously available, or (3) the need to correct a clear error of law or prevent a manifest injustice.'" *In re TMI Litigation Cases Consolidated II*, 922 F. Supp. 997, 1008 (M.D. Pa. 1996)(*Rambo, C.J.*; quoting *Cohen v. Austin*, 869 F. Supp. 320, 321 (E.D. Pa. 1994); citations omitted in *In re TMI*).

      9.      Rule 60 of the FRCP affords jurisdictional authority for the Court to grant the relief requested.

      10.      The Plaintiff incorporate Plaintiff's Memorandum of Law In Support of Plaintiff's Motion to Amend the Complaint as to Defendant Mukasey.

      **WHEREFORE**, the Plaintiff request that the Court reconsider its order [38] denying the Plaintiff's Amended Complaint [34] as to Defendant Mukasey.

_____/s/_____
**Dr. Simon Banks**
Doctor of Laws
P.O. Box 17052
Alexandria, VA. 22302

BEFORE THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SIMON BANKS, | ] |
| | ] |
| **Plaintiff** | ] |
| | ] |
| V. | ] Civil Action No. 08-215 (RCL) |
| | ] |
| HON. NOEL ANKETELL KRAMER, | ] |
| ET AL., | ] |
| | ] |
| HON. MICHAEL B. MUKASEY | ] |
| UNITED STATES ATTORNEY | ] |
| GENERAL | ] |
| **Defendants** | ] August 22, 2008 |

**AFFIDAVIT OF SIMON BANKS PURSUANT TO
28 U.S.C. § 1746 IN SUPPORT
PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF
PLAINTIFF'S MOTION FOR RECONSIDERATION
OF ORDER [38] DENYING PLAINTIFF'S MOTION [34] TO
AMEND THE COMPLAINT AS TO DEFENDANT MUKASEY**

Comes now Dr. Simon Banks, Plaintiff, pursuant to 28 U.S.C. § 1746, and submit affidavit of Simon Banks, Plaintiff, in support of Plaintiff's Memorandum of Law In Support of Plaintiff's Motion for Reconsideration of order [38] denying Plaintiff's motion [34] to Amend the Complaint as to Defendant Michael B. Mukasey, filed on July 9, 2008

With respect to Plaintiff's Motion [34] to Amend the Complaint as to Defendant Michael B. Mukasey, the Plaintiff did comply with the applicable Local Rule, LCvR 8(j) by submitting an original of the proposed pleading as amended.

1.     The Plaintiff's original copy of the proposed amended complaint was filed with **Teresa Gumiel, ECF Clerk**, United States District Court for the District of

Columbia. The document that Plaintiff filed with the Motion [34] listed as an exhibit, was followed by an original amended complaint signed by the Plaintiff.

  2.  I, Simon Banks, hereby swear pursuant to 28 U.S.C. § 1746, and pursuant to the penalty of perjury that the statement contained in paragraph one set forth above, is true and correct to the best of my knowledge and belief.


_____/s/_____
**Dr. Simon Banks**
Doctor of Laws
P.O. Box 17052
Alexandria, VA. 22302