UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIMON BANKS, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>KRAMER ET AL., )<br>)<br>Defendant. )<br>) | Case No: 08-00215 (RCL) |

**OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER [38] DENYING PLAINTIFF'S MOTION TO AMEND THE COMPLAINT AS TO DEFENDANT MUKASEY**

On August 22, 2008, plaintiff Dr. Simon Banks, submitted a Motion for Reconsideration of order (Dkt. No. 38), dated July 18, 2008, which denied plaintiff's Motion to Amend the Complaint as to Defendant Michael B. Mukasey (Dkt. No. 34), dated July 9, 2008.

In light of the fact that this Court granted Defendant Attorney General Mukasey's Motion to Dismiss (Dkt. No. 12) on July 18, 2008 (Dkt. No. 38), the Motion for Reconsideration to Amend the Complaint as to Defendant Mukasey is futile and moot.

For this reason, Defendant opposes Plaintiff's Motion for Reconsideration of the Court's Order.

September 3, 2008                    Respectfully submitted,


                                     \_\_\_\_/s/_____
                                     JEFFREY A. TAYLOR, D.C. Bar #498610
                                     United States Attorney


                                     \_\_\_\_/s/_____
                                     RUDOLPH CONTRERAS, D.C. Bar #434122
                                     Assistant United States Attorney


                                     \_\_\_\_\_/s/_____
                                     CINDY S. OWENS, D.C. BAR # 491465
                                     Special Assistant United States Attorney
                                     United States Attorney's Office
                                     555 4th Street, N.W.
                                     Washington, D.C. 20530
                                     202-616-2257/ FAX 202-514-8780